IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRELL O'NEAL,

        Plaintiff,                    No. CIV S-04-0260 LKK JFM P

    vs.

WHITE, et al.,

        Defendants.          <u>ORDER</u>

                                /

        Plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order of May 9, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 8, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted sixty days from the date of this order in which to file a second amended complaint.

DATED: June 16, 2005.

UNITED STATES MAGISTRATE JUDGE

12/kf
onea0260.36