IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRELL O'NEAL,

        Plaintiff,                       No. CIV S-04-0260 LKK JFM P

    vs.

WHITE, et al.,

        Defendants.              ORDER

_____/

        Plaintiff has filed his second request for an extension of time to file a second amended complaint pursuant to the court's order of May 9, 2005.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1.  Plaintiff's July 1, 2005 second request for an extension of time is granted; and

        2.  Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.  No further extensions of time will be granted.

DATED:  July 14, 2005.

                                              UNITED STATES MAGISTRATE JUDGE

12/kf;onea0260.36a