IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRELL O'NEAL,

    Plaintiff,                       No. CIV S-04-0260 LKK JFM P

    vs.

WHITE, et al.,

    Defendants.                  ORDER

_____/

        Plaintiff has filed a request for an extension of time to file a third amended complaint pursuant to the court's order of October 12, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 14, 2005 second request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a third amended complaint.

DATED: November 17, 2005.

                                                 /s/ John F. Moulds
                                                 UNITED STATES MAGISTRATE JUDGE

12/kf;onea0260.36b