IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRELL O'NEAL,

      Plaintiff,                  No. CIV S-04-0260 LKK JFM P

    vs.

WHITE, et al.,

      Defendants.            FINDINGS & RECOMMENDATIONS

_____/

        By order filed November 18, 2005, plaintiff's second amended complaint was dismissed and thirty days leave to file a third amended complaint was granted. On January 30, 2006 plaintiff was granted an additional thirty days to filed a third amended complaint. That period has now expired, and plaintiff has not filed a third amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: March 7, 2006.

                         UNITED STATES MAGISTRATE JUDGE

/001; onea0260.fta2