IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRELL O'NEAL,

    Plaintiff,                     No. CIV S-04-0260 LKK JFM P

    vs.

WHITE, et al.,

    Defendants.              <u>ORDER</u>

                                 /

        Plaintiff has requested an extension of time to file a fourth amended complaint pursuant to the court's order of May 8, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 19, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file his fourth amended complaint.

DATED: July 24, 2007.

UNITED STATES MAGISTRATE JUDGE

/ke
onea0260.36

1