IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRELL O'NEAL,

        Plaintiff,                    No. CIV S-04-0260 LKK JFM P

    vs.

WHITE, et al.,

        Defendants.              ORDER

                            /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's fourth amended complaint. On November 8, 2007, plaintiff filed a document styled "Request to Add Additional Defendants." By this request, plaintiff seeks to add additional defendants and new allegations in this action. Plaintiff has not, however, filed a motion for leave to amend his complaint accompanied by a proposed fifth amended complaint that names all the defendants and includes all the claims he seeks to raise in this action.

/////

/////

/////

/////

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's November 8, 2007
2 request to add additional defendants is denied without prejudice.
3 DATED: December 18, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12
onea0260.o