IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRELL O'NEAL,

      Plaintiff,               No. CIV S-04-0260 LKK JFM P

    vs.

WHITE, et al.,

      Defendants.           <u>ORDER</u>

/

        On January 7, 2008, defendants filed a request for an extension of time to file a motion to dismiss, together with a proposed motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' January 7, 2008 request for extension of time is granted;

        2. Defendants' January 7, 2008 motion to dismiss is deemed timely filed; and

        3. Defendants' motion to dismiss shall be briefed in accordance with the provisions of Local Rule 78-230(m) and this court's October 31, 2007 order.

DATED: January 23, 2008.

                                  UNITED STATES MAGISTRATE JUDGE

12;onea0260.ext