IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRELL O'NEAL,

      Plaintiff,                    No. 2:04-cv-0260 LKK JFM (PC)

   vs.

WHITE, et al.,

      Defendants.            ORDER

_____/

      Plaintiff has requested an extension of time to file and serve objections to the May 29, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's June 12, 2008 request for an extension of time is granted; and

      2. Plaintiff is granted sixty days from the date of this order in which to file and serve objections to the May 29, 2008 findings and recommendations.

DATED: July 2, 2008.

UNITED STATES MAGISTRATE JUDGE

/mp
onea0260.36(2)